No. 2,325.—JOHN J. SULLIVAN, RESPONDENT, *v.* BEN BANK ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; John B. Mc-Clernan, Judge.*

Decided June 27, 1906.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained and the appeal dismissed.

*Messrs. Maury & Hogevoll,* for Appellants.

*Mr. R. B. Smith,* for Respondent.

---

No. 2,330.—THE STATE OF MONTANA EX REL. JOHN R. COTTER ET AL., RELATORS, *v.* THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided July 2, 1906.

PER CURIAM.—The relators' application for writ of supervisory control herein is hereby denied.

*Mr. C. M. Parr,* and *Mr. J. M. Lewis,* for Relators.